Barbara Michelle BUSH,
Plaintiff–Appellant,

v.

SOUTHERN MANAGEMENT COR-
PORATION; William Kainu,
Defendants–Appellees,

and

Vivian Cardullo, U.S. Department of
Housing and Urban Development;
U.S. Department of Housing and Ur-
ban Development; David Hillman,
Chief Executive Officer and Presi-
dent, Southern Management Corpora-
tion, Defendants.

No. 02–1635.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Barbara Michelle Bush, Appellant Pro Se. Mark Wayne Bertram, Jeffrey Roger Schmieler, Saunders & Schmieler, Silver Spring, Maryland, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Barbara Michelle Bush appeals the district court's order denying without prejudice her motion to voluntarily dismiss the action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. Bush's motions for appointment of counsel, for emergency relief, and for general relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*